**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| YORBEY CIFUENTES SANCHEZ #A249-013-177 | CIVIL ACTION NO. 26-1490 SEC P |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| WARDEN WINN CORRECTIONAL CENTER, ET AL. | MAGISTRATE JUDGE LEBLANC |

## ORDER

Plaintiff has been served more than thirty (30) days ago with a Notice of Intent to Dismiss this case under LR 41.3 for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED** that this action be dismissed in its entirety with all pending motions terminated. This action may be reinstated within thirty (30) days for good cause shown.

**DONE AND SIGNED** at Shreveport, Louisiana, this 28th day of October, 2026.

Alex C. Van Hook

ALEXANDER C. VAN HOOK
UNITED STATES DISTRICT JUDGE